UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:18-cv-2874 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| RYAN GARCIA, U.S. Pretrial Services Officer, | |
| Defendant. | |

Following expiration of the deadline for filing objections to the undersigned's November 7, 2018 Findings and Recommendations, see ECF No. 4, plaintiff now moves for a ninety-day extension of time to file his objections, see ECF No. 7. The motion is based on plaintiff's recent hospitalization in a mental health facility and his alleged lack of access to his legal documents. However, plaintiff's exhibits demonstrate that he was similarly hospitalized while initiating and pursuing this action. See id. at 2-4. Therefore, the court will grant plaintiff's late request only in part.

Plaintiff is informed that objections need not include detailed argument or briefing. To ensure review by the district judge, and preserve issues for appeal, plaintiff need only state that he objects and to what he objects.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 7, is granted in part;

2. Plaintiff is granted thirty (30) days from the filing date of this order in which to file his objections; and

3. No further extensions of time will be granted.

DATED: December 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE